| | |
|---|---|
| 1 | Jeffrey M. Lenkov, Esq. (State Bar No. 156478) |
|  | *jml@manningllp.com* |
| 2 | Tanya L. Prouty, Esq. (State Bar No. 309650) |
|  | *tlp@manningllp.com* |
| 3 | **MANNING & KASS** |
|  | **ELLROD, RAMIREZ, TRESTER LLP** |
| 4 | 801 S. Figueroa St, 15th Floor |
|  | Los Angeles, California 90017-3012 |
| 5 | Telephone: (213) 624-6900 |
|  | Facsimile: (213) 624-6999 |
| 6 | |
| 7 | Attorneys for Defendant, KOHL'S DEPARTMENT STORES, INC. (Erroneously served and sued as KOHL'S, INC.) |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. ROJAS, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>KOHL'S INC. and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No.<br><br>**DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S, NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DEMAND FOR JURY TRIAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Kohl's Department Stores, Inc. ("KDS") hereby removes to this Court the State Court action described below:

1. On November 18, 2020, Plaintiff MIGUEL A. ROJAS ("Plaintiff") filed this action in the Superior Court of the State of California, Los Angeles, as Case No. 20STCV44264. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

2. Defendant was subsequently served with the Summons and Complaint on February 16, 2021 and filed an Answer on March 8, 2021. A true and correct copy of Defendant's Answer is attached hereto as Exhibit "B."

---

**NOTICE OF REMOVAL**

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant KDS, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Diversity of the parties exists as Plaintiff is a citizen of California.

5. Defendant KDS is a Delaware corporation with its principal place of business located in Menomonee Falls, WI.

6. In Plaintiff's Statement of Damages, served on February 16, 2021, he asserts damages in excess of $5,016,545.00. A true and correct copy of the Plaintiff's Statement of Damages is attached hereto as Exhibit "C."

7. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a), 28 U.S.C. §1446(b)(3) and 28 U.S.C. §1446(c)(3).

DATED: March 9, 2021

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Jeffrey M. Lenkov, Esq.
Tanya L. Prouty, Esq.
Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.
(Erroneously served and sued as KOHL'S, INC.)

# DECLARATION OF TANYA PROUTY

I, Tanya Prouty, declare that:

1. I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am an associate at Manning & Kass, Ellrod, Ramirez, Trester LLP, the attorneys for Defendant Kohl's Department Stores, Inc. ("KDS"). If called upon to do so, I could and would testify to the following from my personal knowledge, except as to those matters stated on information and belief, as to which I believe them to be true.

2. On November 18, 2020, Plaintiff MIGUEL A. ROJAS ("Plaintiff") filed this action in the Superior Court of the State of California, Los Angeles, as Case No. 20STCV44264. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

3. Defendant was subsequently served with the Summons and Complaint on February 16, 2021 and filed an Answer on March 8, 2021. A true and correct copy of Defendant's Answer is attached hereto as Exhibit "B."

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant DTS, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Diversity of the parties exist, as plaintiff is a citizen of California.

6. Defendant KDS is a Delaware corporation with its principal place of business located in Menomonee Falls, WI.

7. In Plaintiff's Statement of Damages, served on February 16, 2021, he asserts damages in excess of $5,016,545 .00. A true and correct copy of the Plaintiff's Statement of Damages is attached hereto as Exhibit "C."

8. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a), 28 U.S.C. §1446(b)(3) and 28

U.S.C. §1446(c)(3).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on March 9, 2021.

                                                                 _____
                                                                 Tanya L. Prouty, Declarant

## DEMAND FOR JURY TRIAL

Defendant KOHL'S DEPARTMENT STORES, INC., hereby demands trial of this matter by jury.

DATED: March 9, 2021

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Jeffrey M. Lenkov, Esq.
Tanya L. Prouty, Esq.
Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.
(Erroneously served and sued as KOHL'S, INC.)