# EXHIBIT "C"

| | | CIV-050 |
|---|---|---|
| - DO NOT FILE WITH THE COURT - | | |
| - UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 - | | |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: 213-384-9533 | FOR COURT USE ONLY |
|---|---|---|
| LEE C. ARTER, SB#145991<br>LAW OFFICES OF LEE C. ARTER<br>3701 Wilshire Boulevard, Suite 535<br>Los Angeles, CA 90010 | | |
| ATTORNEY FOR (name): | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: -Same as above-
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District
PLAINTIFF: MIGUEL A. ROJAS
DEFENDANT: KOHL'S, INC.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 20STCV44264

To (name of one defendant only): KOHL'S INC.
Plaintiff (name of one plaintiff only): MIGUEL A. ROJAS
seeks damages in the above-entitled action, as follows:

1. **General damages**                                                                                      AMOUNT
   a. [X] Pain, suffering, and inconvenience ................................................. $ 5,000,000.
   b. [X] Emotional distress ................................................................. $ 5,500.00
   c. [ ] Loss of consortium ................................................................. $ _____
   d. [ ] Loss of society and companionship (wrongful death actions only) ..................... $ _____
   e. [ ] Other (specify) ..................................................................... $ _____
   f. [ ] Other (specify) ..................................................................... $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses (to date) ......................................................... $ 11,045.00
   b. [ ] Future medical expenses (present value) ............................................ $ _____
   c. [ ] Loss of earnings (to date) ......................................................... $ _____
   d. [ ] Loss of future earning capacity (present value) .................................... $ _____
   e. [ ] Property damage .................................................................... $ _____
   f. [ ] Funeral expenses (wrongful death actions only) ..................................... $ _____
   g. [ ] Future contributions (present value) (wrongful death actions only) ................. $ _____
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ....... $ _____
   i. [ ] Other (specify) ..................................................................... $ _____
   j. [ ] Other (specify) ..................................................................... $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages**: Plaintiff reserves the right to seek punitive damages in the amount of (specify). $ _____
   when pursuing a judgment in the suit filed against you.

Date: February 10, 2021

LEE C. ARTER, SB#145991
(TYPE OR PRINT NAME)                                                                  ▶          (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                                                                Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Legal Solutions Plus

Code of Civil Procedure, §§ 425.11, 425.115