JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MIGUEL A. ROJAS,

      Plaintiff,

v.

KOHL'S, INC., and DOES 1 to 100, Inclusive

      Defendant.

**Case No.: CV 21-2208 PA**

**ORDER ON REMAND**

    The Court, having reviewed the parties' Stipulation to Remand (the "Stipulation"), the Court approves the Stipulation and hereby orders as follows:

    1.    The Stipulation is GRANTED; and

    2.    This action shall be REMANDED to state court, where all claims shall be submitted.

    IT IS SO ORDERED

DATED:  April 9, 2021

_____

Percy Anderson
United States District Judge

1